IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISON

UNITED STATES OF AMERICA

VS. CASE NO. 2:03-cr-25-KS-JMR

ROBERT EARL RAIFORD

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion to Amend Judgment to Correct Clerical Error or Omission of the Court's Expressed Expectations filed by Robert Earl Raiford. Mr. Raiford contends that his sentence in this case should run concurrently with the beginning of his sentence in case number 2003-102B in the Circuit Court of Walthall County, Mississippi. The Court does in fact state on the record and in the Judgment and Commitment Order that the sentence meted out in the instant case should run concurrently with the State Court case. The intent of the Court was that it run concurrently with the balance of the State Court case and that the defendant should begin serving his Federal time and get credit for time served beginning on his sentencing date of June 14, 2005. To that extent the motion is GRANTED and all other relief requested is DENIED.

SO ORDERED this the __20th____ day of March, 2019.

　　__s/Keith Starrett_____
　　UNITED STATES DISTRICT JUDGE